Law Office of Patrick O'Kennedy
500 N. State College Blvd, Suite 1100
Orange, California, 92868
Tel: 714 919 1855
SBN No: 207749
Attorney for Thomas J Lynch

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THOMAS JOSEPH LYNCH,<br><br>              Debtor<br><br>_____<br><br>OC WEST, LLC, a Montana Limited Liability Company; LIBERTY FINANCIAL USA, a Delaware Limited Liability, and LIBERTY DEBT SOLUTION, LLC, a Nevada Limited Liability Company<br><br>              vs.<br><br>THOMAS JOSEPH LYNCH,<br><br>              Defendant | Case No. 8:19-bk-10153-SC<br><br>Chapter 7<br><br>Adv. Proc No.  8:19-ap-01069 SC<br><br>Assigned to the Honorable Scott C. Clarkson<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>DATE: July 17, 2019<br>TIME: 10:00 am<br>DEPT: C 5 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on July 17, 2019, at 10:00 AM. in Courtroom C5 of the above-entitled Court located at 411 W Fourth St, Santa Ana, CA, Defendant THOMAS J LYNCH will move this Court for an Order dismissing Plaintiff's Adversary Complaint.

This Motion will be made on the grounds that Plaintiff has failed to state a claim upon which relief can be granted under the *Federal Rules of Bankruptcy Procedure* 7012(b)(6), or in the alternative that Plaintiff should be required to provide a more definite statement under *Federal Rules of Bankruptcy Procedure* 7012(e).

This Motion shall be based upon this Notice, the Memorandum of Points and Authorities which have been filed with the Court, the complete files and records of this action, and such other evidence as may be presented at the hearing on this Motion.

Dated May 23, 2019

_____

Patrick O'Kennedy, Debtor's Attorney