| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>      A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501 Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Plaintiffs* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THOMAS JOSEPH LYNCH,<br><br>                                  Debtor(s). | CASE NO.: 8:19-bk-10153-SC<br>CHAPTER: 7<br>ADVERSARY NO: 8:19-ap-01069-SC |
|---|---|
| OC WEST, LLC, a Montana limited liability company; LIBERTY FINANCIAL USA, LLC, A Delaware Limited Liability Company; and LIBERTY DEBT SOLUTION, LLC, a Nevada Limited Liability Company,<br>                                  Plaintiff(s),<br>vs.<br><br>THOMAS JOSEPH LYNCH,<br>                                  Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4) |

PLEASE TAKE NOTE that the order or judgment titled STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4) was lodged on July 18, 2019 and is attached. This order relates to the motion which is docket number 1.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.ADV.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>    A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501  Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THOMAS JOSEPH LYNCH,<br><br>                                              Debtor(s)<br><br>OC WEST, LLC, a Montana limited liability company; LIBERTY FINANCIAL USA, LLC, A Delaware Limited Liability Company; and LIBERTY DEBT SOLUTION, LLC, a Nevada Limited Liability Company,<br><br>                                              Plaintiff(s)<br>vs.<br><br>THOMAS JOSEPH LYNCH,<br><br>                                              Defendant(s) | CASE NO.: 8:19-bk-10153-SC<br>CHAPTER: 7<br>ADVERSARY NO: 8:19-ap-01069-SC<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 7/17/2019<br>TIME: 10:00 am<br>COURTROOM: C5<br>ADDRESS: 411 West Fourth Street, Santa Ana, CA |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
    a. Continued to the following date for a further status conference: 10-2-2019 at 11:00am
    b. A joint status report must be filed and served, including a judge's copy, by 9-19-2019
    c. No discovery cutoff deadline has been scheduled yet because the parties are not at issue
    d. No pretrial hearing has been scheduled yet
    e. Other provisions:
        1. Defendant's Motion to Dismiss Complaint pursuant to 11 USC § 523 (A), & 11 USC § 727(a) and Other Grounds for Failure to State a Claim (Item 18.00) is denied as to:
            i. 1st Cause of Action:11 U.S.C. § 523(a)(2)(A);
            ii. 2nd Cause of Action: 11 U.S.C. § 523(a)(2)(B);
            iii. 3rd Cause of Action: 11 U.S.C. § 523(a)(4);

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                        Page 1                                    **F 7016-1.2.ORDER.STATUS.CONF**

- iv. 4th Cause of Action: 11 U.S.C. § 523(a)(6);
- v. 6th Cause of Action: 11 U.S.C. § 727(a)(2)(A);
- vi. 7th Cause of Action: 11 U.S.C. § 727(a)(2)(B);
- vii. 9th Cause of Action: 11 U.S.C. § 727(a)(4)(A)

2. Plaintiffs have leave to amend the Complaint until 8-16-2019 as to the following causes of action (should Plaintiffs decide not to amend a particular cause of action, a blank space is to indicate that the cause of action is "omitted"):

    - i. 5th Cause of Action: CA. Bus. & Prof. Code § 17200;
    - ii. 8th Cause of Action: 11 U.S.C. § 727(a)(3) to please sufficient facts: "concealing, destroying, mutilating, falsifying, or failing to keep or preserve any recorded information from which debtor's financial condition or business transactions might be ascertained;"
    - iii. 10th Cause of Action: 11 U.S.C. § 727(a)(4)(D) to please sufficient facts: "withholding from an officer of the estate any recorded information, including books, documents, records, and papers, relating to a debtor's property or financial affairs.; &
    - iv. 11th Cause of Action: 11 U.S.C. § 727(a)(5) to please sufficient facts: "failure to explain satisfactorily any loss of assets or deficiency of assets to meet the debtor's liabilities;"
    - v. 12th Cause of Action: 11 U.S.C. § 727(a)(12)(B) to plead sufficient facts: "There are pending proceedings including state and federal criminal investigations in which there is reasonable cause to believe that Defendant may be found guilty of a felony."

3. Defendant's request for attorneys' fees is denied.
4. As to the Status Conference (Item 18.10), Defendant to file a response to Plaintiffs' First Amended Complaint by 9-13-2019.

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*     Page 2     **F 7016-1.2.ORDER.STATUS.CONF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/18/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Patrick O'Kennedy (DB)    okennedylaw@gmail.com, r55095@notify.bestcase.com
Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com
US Trustee (SA)    ustpregionl6.sa ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On 7/18/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/18/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/18/2019 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT